CLOSED,TRANSFER-OUT

TOJ DOCS

2:19-cr-00414-CAS

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:12-cr-01628-JAT All Defendants

Case title: USA v. Smith

Date Filed: 09/18/2012
Date Terminated: 04/04/2013

Assigned to: Senior Judge James A Teilborg



FILED
CLERK, U.S. DISTRICT COURT
07/23/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: AP          DEPUTY

### Defendant (1)

**Demetrius Alexander Smith, III**
*TERMINATED: 04/04/2013*
also known as
Nut
*TERMINATED: 04/04/2013*

represented by **Demetrius Alexander Smith, III**
#20999112
BEAUMONT-TX-BEAUMONT-USP
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX 77720
PRO SE

**Roger Todd Margolis**
Roger T Margolis Law Office
8502 E Roanoke Ave
Ste 1
Scottsdale, AZ 85257-1839
480-421-2488
Fax: 480-421-2488
Email: RTMSAZ@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:113(a)(3) - Assault with a Dangerous Weapon
(1)

### Disposition

Defendant committed to Bureau of Prisons for a term of SIXTY (60) MONTHS, followed by THREE (3) YEARS Supervised Release. Special assessment: $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

| | |
|---|---|
| 18:113(a)(6) - Assault Resulting in Serious Bodily Injury (2) | Dismissed on motion of the Government |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alison Sue Bachus**<br>US Dept of Justice Federal Bureau of Prisons<br>37900 N 45th Ave.<br>Phoenix, AZ 85086<br>623-465-5120<br>Fax: 623-465-5117<br>Email: ABachus@bop.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2012 | 1 | INDICTMENT as to Demetrius Alexander Smith, III (1) count(s) 1, 2. (LSP) (Entered: 09/19/2012) |
| 09/18/2012 | 2 | NOTICE of No Probable Conflict with Magistrate Judge Steven P. Logan by USA as to Demetrius Alexander Smith, III (LSP) (Entered: 09/19/2012) |
| 09/28/2012 | 6 | ARREST Warrant Returned Executed on 9/28/12 as to Demetrius Alexander Smith, III. (MAP) (Entered: 10/02/2012) |
| 10/02/2012 | 7 | Minute Entry for proceedings held before Magistrate Judge David K Duncan: Initial Appearance and Arraignment as to Demetrius Alexander Smith, III held on 10/2/2012. FINANCIAL AFFIDAVIT TAKEN. Attorney Roger Margolis (CJA) appointed on behalf of defendant. Defendant enters a plea of NOT guilty as to all pending counts. Detention Hearing submitted. Defendant continued detained pending trial.<br><br>**Appearances**: AUSA Vincent Kirby for Alison Bachus for the Government, CJA Attorney Roger Margolis for defendant. Defendant is present and in custody. Motions due: 21 days. Jury Trial set for 12/4/2012 at 09:00 AM in Courtroom 503, 401 West Washington Street, Phoenix, AZ 85003 before Judge James A Teilborg. (Recorded by COURTSMART.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 10/03/2012) |

| Date | # | Description |
|---|---|---|
| 10/03/2012 | 9 | ORDER OF DETENTION as to Demetrius Alexander Smith, III. Signed by Magistrate Judge David K Duncan on 10/3/12.(REW) (Entered: 10/03/2012) |
| 10/11/2012 | 11 | ORDER as to Demetrius Alexander Smith, III. Status Conference re: 12/4/2012 trial date (1st setting) set for 10/31/2012 at 11:00 AM in Courtroom 503, 401 West Washington Street, Phoenix, AZ 85003 before Judge James A Teilborg. Signed by Judge James A Teilborg on 10/11/2012.(TLB) (Entered: 10/11/2012) |
| 10/16/2012 | 12 | First MOTION to Continue Trial by Demetrius Alexander Smith, III. (Attachments: # 1 Text of Proposed Order)(Margolis, Roger) (Entered: 10/16/2012) |
| 10/16/2012 | 13 | *ORDER - granting 12 Defendant's Motion to Continue Trial and Motion to Extend Time to File Pretrial Motions filed as to Demetrius Alexander Smith III (1). Jury Trial continued from 12/4/2012 to 2/5/2013 at 09:00 AM in Courtroom 503, 401 West Washington Street, Phoenix, AZ 85003 before Judge James A Teilborg. All time is excluded from 12/5/2012 to 2/5/2013. Pretrial Motions due by 12/14/2012. Status Conference set for 10/31/2012 at 11:00 AM is VACATED. Signed by Judge James A Teilborg on 10/16/2012.(TLB) *Modified excludable end date from 2/5/2012 to 2/5/2013 on 10/17/2012 (SSU). (Entered: 10/16/2012) |
| 11/05/2012 | 14 | First MOTION to Determine Competency by Demetrius Alexander Smith, III. (Attachments: # 1 Text of Proposed Order)(Margolis, Roger) (Entered: 11/05/2012) |
| 11/07/2012 | 15 | ORDER denying without prejudice 14 Motion to Determine Competency as to Demetrius Alexander Smith III (1). Signed by Judge James A Teilborg on 11/6/12.(MAP) (Entered: 11/07/2012) |
| 12/20/2012 | 16 | ORDER as to Demetrius Alexander Smith, III - Status Conference re: 2/5/2013 trial date (2nd setting) set for 1/16/2013 at 11:00 AM in Courtroom 503, 401 West Washington Street, Phoenix, AZ 85003 before Judge James A Teilborg. Signed by Judge James A Teilborg on 12/20/2012.(TLB) (Entered: 12/20/2012) |
| 01/10/2013 | 17 | IT IS ORDERED, as to Demetrius Alexander Smith, III, setting a Change of Plea Hearing for 1/16/2013 at 11:00 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Bridget S. Bade.(BSB/ew)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 01/10/2013) |
| 01/16/2013 | 18 | CONSENT OF DEFENDANT Demetrius Alexander Smith, III for Guilty Plea Hearing before a United States Magistrate Judge. (PKD) (Entered: 01/16/2013) |
| 01/16/2013 | 19 | Minute Entry for proceedings held before Magistrate Judge Bridget S Bade: Change of Plea Hearing as to Demetrius Alexander Smith, III held on 1/16/2013., Demetrius Alexander Smith, III enters plea of guilty to count(s) 1 of the Indictment. THE COURT ORDERS the trial date/pending hearings VACATED. Pending motions are rendered moot. Prior custody/release orders are AFFIRMED. The Court directs the US Probation Office to prepare a Presentence Report., **Appearances**: AUSA Alison Bachus for the Government, CJA Attorney Roger Margolis for defendant. Defendant is present and in custody. Sentencing set for 4/3/2013 at 11:00 AM before Judge Donovan W Frank, courtroom to be determined. (Recorded by COURTSMART.) Hearing held 11:07 AM to 11:34 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (PKD) (Entered: 01/16/2013) |

| Date | # | Description |
|---|---|---|
| 01/16/2013 | 20 | LODGED PLEA AGREEMENT as to Demetrius Alexander Smith, III re: 19 Change of Plea Hearing. (PKD) (Entered: 01/16/2013) |
| 01/16/2013 | 21 | MAGISTRATE JUDGE FINDINGS & RECOMMENDATIONS UPON A PLEA OF GUILTY as to Demetrius Alexander Smith, III. Signed by Magistrate Judge Bridget S Bade on 1/16/13.(PKD) (Entered: 01/16/2013) |
| 03/19/2013 | 22 | SENTENCING MEMORANDUM by USA as to Demetrius Alexander Smith, III (Bachus, Alison) (Entered: 03/19/2013) |
| 04/03/2013 | 23 | Minute Entry for proceedings held before Judge Donovan W Frank: Sentencing as to Demetrius Alexander Smith, III held on 4/3/2013. IT IS ORDERED adopting 21 Report and Recommendations on Plea of Guilty as to Demetrius Alexander Smith III (1). Sentence imposed. Judgment to issue.<br><br>**Appearances**: AUSA Alison Bachus for the Government, CJA Attorney Roger Margolis for defendant. Defendant is present and in custody. (Court Reporter Laurie Adams) Hearing held 11:06 AM to 11:37 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (VPB) (Entered: 04/03/2013) |
| 04/03/2013 | 25 | PLEA AGREEMENT as to Demetrius Alexander Smith, III. (LFIG) (Entered: 04/04/2013) |
| 04/04/2013 | 24 | JUDGMENT AND COMMITMENT ISSUED as to Demetrius Alexander Smith, III (1): Count 1, Defendant committed to Bureau of Prisons for a term of SIXTY (60) MONTHS, followed by THREE (3) YEARS Supervised Release. Special assessment: $100.00; Count 2, Dismissed on motion of the Government. Signed by Judge Donovan W Frank on 4/3/2013.(VPB) (Entered: 04/04/2013) |
| 04/11/2016 | 28 | MOTION for Order to Attorney Margolis to provide defendant with copies of case file by Demetrius Alexander Smith, III. NOTE: Filed by defendant as prose. (2 pages) (LSP) (Entered: 04/12/2016) |
| 06/16/2016 | 29 | ORDER denying 28 Defendant's Pro Se Motion for request for discovery based on a to-be-filed petition as to Demetrius Alexander Smith III (1). Signed by Senior Judge James A Teilborg on 6/15/16.(LSP) (Entered: 06/16/2016) |
| 06/17/2019 | 30 | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE as to Demetrius Alexander Smith, III. Signed by Senior Judge James A. Teilborg on 6/17/2019. (RMW) (Entered: 06/17/2019) |
| 06/27/2019 | 31 | SUPERVISED RELEASE TRANSFER OUT PENDING re: Transfer to Central District of California as to Demetrius Alexander Smith, III. Prob 22 signed on 6/24/19. Return of Prob 22 Form deadline set for 8/26/2019. (MAP) (Entered: 06/27/2019) |
| 07/23/2019 | 32 | Supervised Release Jurisdiction Transferred to Central District of California as to Demetrius Alexander Smith, III. (MAP) (Entered: 07/23/2019) |
| 07/23/2019 | 33 | Notice to Central District of California of Transfer of Supervised Release as to Demetrius Alexander Smith, III. Your case number is: 2:19-CR-414-CAS. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 07/23/2019) |

FILED ☒ LODGED ___
RECEIVED ___ COPY ___

SEP 1 8 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>Demetrius Alexander Smith, III,<br>  aka "Nut,"<br><br>    Defendant. | **CR 12-1628-PHX-JAT-(BSB)**<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 113(a)(3)<br>     (Assault with a Dangerous<br>     Weapon)<br>     Count 1<br><br>     18 U.S.C. § 113(a)(6)<br>     (Assault Resulting in Serious<br>     Bodily Injury)<br>     Count 2 |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about March 11, 2012, in the District of Arizona, within the special maritime and territorial jurisdiction of the United States (Federal Correctional Institution, Phoenix, Arizona), the defendant, DEMETRIUS ALEXANDER SMITH, III, did intentionally, knowingly, and recklessly assault J.B., with a dangerous weapon, that is, a dough knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Section 113(a)(3).

<u>COUNT 2</u>

On or about March 11, 2012, in the District of Arizona, within the special maritime and territorial jurisdiction of the United States (Federal Correctional Institution, Phoenix, Arizona), the defendant, DEMETRIUS ALEXANDER SMITH, III, did intentionally, knowingly, and

1  recklessly assault J.B., resulting in serious bodily injury.

2  In violation of Title 18, United States Code, Section 113(a)(6).

4  A TRUE BILL

6  *s/*
   FOREPERSON OF THE GRAND JURY
7  Date: September 18, 2012

9  JOHN S. LEONARDO
   United States Attorney
   District of Arizona

11 *s/*
   ALISON S. BACHUS
12 Assistant U.S. Attorney

2

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

**v.**

**Demetrius Alexander Smith, III**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 12-01628-001-PHX-JAT

Roger Margolis (CJA)
Attorney for Defendant

USM#: 20999-112     ICE#: None

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/16/2013 to Count 1 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §113(a)(3), Assault with a Dangerous Weapon, a Class C Felony offense, as charged in Count 1 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **SIXTY (60) MONTHS** on Count 1, said count to run consecutive with the sentence imposed in U.S. District Court, Central District of California, 02-00097-CAS, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS** on Count 1, said count to run concurrent with the supervised release imposed in U.S. District Court, Central District of California, 02-00097-CAS. The Court recommends that the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00     **FINE:** Waived     **RESTITUTION:** N/A

The defendant shall pay a special assessment of $100.00, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay a total of $100.00 in criminal monetary penalties, due immediately.

Case 2:19-cr-00414-CAS Document 3 Filed 07/23/19 Page 9 of 12 Page ID #:12
Case 2:12-cr-01628-JAT Document 24 Filed 04/04/13 Page 2 of 4

CR 12-01628-001-PHX-JAT                                                                    Page 2 of 4
USA vs. Demetrius Alexander Smith, III

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS** on Count 1, said counts to run concurrent with the supervised release imposed in U.S. District Court, Central District of California, 02-00097-CAS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 12-13, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions, of particular importance, you shall not commit another federal, state or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.

Case 2:19-cr-00414-CAS Document 3 Filed 07/23/19 Page 10 of 12 Page ID #:13
Case 2:12-cr-01628-JAT Document 24 Filed 04/04/13 Page 3 of 4

CR 12-01628-001-PHX-JAT                                                                Page 3 of 4
USA vs. Demetrius Alexander Smith, III

15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall abstain from all use of alcohol or alcoholic beverages.

2. You shall participate in any recommended support group programs, whether for chemical dependency or medical mental health program, which may include taking prescribed medications.

3. You shall complete your GED.

4. You shall participate in a work program, including training, counseling, daily job search and up to 20 hours of community service work.

5. You shall submit your property and your house, a room that you stay in, to search, if the probation officer has a reasonable basis to believes you are in violation of your conditions of supervised release.

6. You are prohibited from owning, maintaining or using a firearm.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

CR 12-01628-001-PHX-JAT  Page 4 of 4
USA vs. Demetrius Alexander Smith, III

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, April 3, 2013**

DATED this 3rd day of April, 2013.

_____
Donovan W. Frank
United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____     By: _____
United States Marshal                          Deputy Marshal

CR 12-01628-001-PHX-JAT - Smith                                                  4/3/13 2:03pm

PROB 22 (Rev. 10/13)

FILED LODGED RECEIVED COPY

JUL 23 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED
U.S. District Court
07/18/19
CENTRAL DISTRICT OF CALIFORNIA
BY: dm DEPUTY

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER (Transferring Court) | CR-12-01628-001–PHX-JAT |
| DOCKET NUMBER (Receiving Court) | 2:19-cr-00414-CAS |

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Demetrius Alexander Smith, III

| DISTRICT | DIVISION |
|---|---|
| District of Arizona | 2: Phoenix |

NAME OF SENTENCING JUDGE

James A. Teilborg
Senior United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/14/2019 | TO 5/13/2022 |
|---|---|---|

OFFENSE

Assault with a Dangerous Weapon

**PART 1- ORDER TRANFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Demetrius Alexander Smith, III, be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 24, 2019
Date

James A. Teilborg
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2019
Effective Date

Virginia A. Phillips
United States District Judge