| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty. | FILED<br>CLERK, U.S. DISTRICT COURT<br>**4/29/2021**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___jb___ DEPUTY |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:19-CR-00414-CAS-1 |
|---|---|
| Demetrius Alexander Smith III<br>USMS# 20999-112<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **April 28, 2021** at **12:15** ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 3583(e)(3)-Supervised Release Violation

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1972

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): _____

11. Name: Wade C. Grotts   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: *[signature]*

15. Date: 04/29/2021

CR-64 (09/20)                     REPORT COMMENCING CRIMINAL ACTION