# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Demetrius Alexander Smith,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 19-00414-CAS-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>5/4/21</u>, _____, at <u>10:00</u> ☐ a.m. / ☐ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>(via VTC)</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>April 29, 2021</u>

*/s/ Steve Kim*
Steve Kim, U.S. Magistrate Judge