# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:19-cr-414-CAS | Date | May 6, 2021 |
|---|---|---|---|
| Title | United States v. Demetrius Alexander Smith | | |

Present: The Honorable **Steve Kim, U.S. Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☒ Reasons in PTS report, which the Court adopts
- ☒ Allegations in petition
- ☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:19-cr-414-CAS | Date | May 6, 2021 |
|---|---|---|---|
| Title | United States v. Demetrius Alexander Smith | | |

    B.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

        ☒    Nature of previous criminal convictions

        ☒    Allegations in petition

        ☒    Reasons in PTS report, which the Court adopts

        ☐    Already in custody on state or federal offense

        ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.