TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3165
     Facsimile: (213) 894-0141
     E-mail:   Lyndsi.Allsop@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR Nos. 2:19-00414-CAS |
|---|---|
| Plaintiff, | 2:02-00097-CAS |
| v. | SUPPLEMENT TO MOTION FOR AN ORDER OF PSYCHIATRIC EXAMINATION OF DEFENDANT DEMETRIUS ALEXANDER SMITH III |
| DEMETRIUS ALEXANDER SMITH III, | |
| Defendant. | Hearing Date: July 23, 2021 |
| | Hearing Time: 12:00 p.m. |
| | Location: Courtroom of the Hon. Christina A. Snyder |

     Plaintiff United States of America, by and through its counsel

of record, the Acting United States Attorney for the Central District

of California and Assistant United States Attorney Lyndsi Allsop,

hereby files a supplement (the "Supplement") to its Motion for an

Order of Psychiatric Examination of Defendant Demetrius Alexander

Smith III.

//

//

//

1     This Supplement is based upon the Memorandum of Points and

2 Authorities contained herein, the Declaration of Lyndsi Allsop, the

3 files and records in this case, and such further evidence and

4 argument as the Court may permit.

5 Dated: July 21, 2021              Respectfully submitted,

6                                   TRACY L. WILKISON
                                    Acting United States Attorney
7
                                    SCOTT M. GARRINGER
8                                   Assistant United States Attorney
                                    Chief, Criminal Division
9

10                                        /s/
                                    _____
11                                  LYNDSI ALLSOP
                                    Assistant United States Attorney
12
                                    Attorneys for Plaintiff
13                                  UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   SUPPLEMENTAL INFORMATION AND REQUEST FOR AN ORDER TO COMPEL PRODUCTION OF DOCUMENTS**

The government is providing this supplemental information regarding its pending request for a psychiatric examination of defendant Demetrius Alexander Smith III ("defendant").

On July 20, 2021, the government became aware that defendant's mother had raised concerns to defendant's counsel and his United States Probation & Pretrial Services Officer ("Officer Moon") regarding defendant's competency and had provided the defense team (defense counsel and a psychiatrist and social worker working for the defense) with substantial documentation relating to defendant's mental health.  (Declaration of Lyndsi Allsop ("Allsop Decl.") ¶ 2.) According to defendant's mother, this documentation dates back to defendant's institutionalization at Patton State Hospital in his 20s. (Id.)  Defendant's mother stated that she provided these files to the defense team some weeks ago.  (Id.)

Neither the government nor Officer Moon has seen these documents, so neither can confirm whether defendant's mother's characterization of these documents is correct.  (Id. at ¶ 5.)  The government emailed Deputy Federal Public Defender Adam Olin ("DFPD Olin") and  Jake O'Neal ("Mr. O'Neal"), a public interest fellow at the Federal Public Defender's Office for the Central District of California, asking whether such documents exist, and, if so, requesting that the defense produce these documents to the government and the Court forthwith.  (Id. at ¶ 6.)  At the time of this filing, neither DFPD Olin nor Mr. O'Neal has responded to the government's

email inquiry.  (Id.)

        To the extent the defense does not wish to produce these documents to the government for a legitimate defense purpose, the government believes these documents should, at the very least, be provided to the Court in camera, because the Court will consider defendant's mental health history when deciding on the government's motion for a psychiatric evaluation and competency hearing.  A hearing on this motion is currently scheduled for Friday, July 23, 2021, at 12:00 p.m.

        Accordingly, the government respectfully requests that the Court order defense counsel to produce these documents to the government and the Court or, in the alternative, provide these documents to the Court in camera forthwith.  If the Court orders the documents to be filed in camera, the government respectfully requests that the Court also make these documents available to the United States Probation & Pretrial Services Office, as an arm of the Court.