FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Demetrius Alexander Smith II,<br><br>Defendant. | Case No. CR 19-00414-CAS<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  evidence proffered

1  by government and the fact that defendant
2  submitted to detention
3
4  and/or
5  B.  [X]  The defendant has not met his/her burden of establishing by clear and
6  convincing evidence that he/she is not likely to pose a danger to the safety of
7  any other person or the community if released under 18 U.S.C. § 3142(b) or
8  (c). This finding is based on: evidence proffered by the
9  government and the fact that defendant
10 submitted to detention
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending the
14 further revocation proceedings.
15
16 Dated: 1/11/2022
17
18
19                                          _____
20                                          ALEXANDER F. MacKINNON
                                            UNITED STATES MAGISTRATE JUDGE

2